# UNITED STATES DISTRICT COURT
for the

HELENA DIVISION       DISTRICT OF MONTANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>MONTANA ENVIRONMENTAL TRUST GROUP, LLC,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Civil Action No.   CV-98-3-H-CCL |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❐ other: _____

This action was *(check one)*:

❐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❐ tried by Judge _____ without a jury and the above decision was reached.

✓ decided by Judge   Charles C. Lovell   on a motion for Summary Judgment by the United States (Doc. 20) is partially GRANTED to the extent that this Court hereby adjudicated that the purposes of the East Helena CAMU Trust have not been fulfilled and the CAMU Trust has not been properly terminated and continues in effect.  IT IS HEREBY ORDERED that ASARCO's Motion to terminate the East Helena CAMU Trust (Doc. 9) is DENIED.

Date:   August 10, 2010                               *CLERK OF COURT*

                                                                  /s/ Heidi Gauthier

                                                                  *Signature of Clerk or Deputy Clerk*